# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 1 1 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America
v.

Mitchell Allen Mincks
*Defendant*

)
)
)
)
)
)
)

Case No.  CR-19-50194-001-PHX-MTL

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*  Mitchell Allen Mincks ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3583:  Violation of Supervised Release

Date:  April 1, 2020

*Issuing officer's signature*

City and state:  Phoenix, Arizona

R. Walder, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)*  4-1-2020 , and the person was arrested on *(date)*  4-28-2020
at *(city and state)*  Cedar Rapids, IA .

Date:  5-1-2020

*Arresting officer's signature*

USMS
*Printed name and title*

cc: Prob