JON SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

KRISTIN WHITAKER, State Bar #029781
Asst. Federal Public Defender
Attorney for Defendant
kristin_whitaker@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 19-50194-001-PHX-MTL |
|---|---|
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | |
| Mitchell Mincks, | |
| Defendant. | |

Notice is hereby given that Mitchell Mincks, defendant in the above-named case, appeals to the United States Court of Appeals for the Ninth Circuit from the *order revoking supervised release* entered in this case on September 3, 2020 (Dkt. #29).

JON M. SANDS
Federal Public Defender

  s/*Kristin Whtiaker*
KRISTIN WHITAKER
Assistant Federal Public Defender